The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

R. TODD NEILSON,
as Responsible Individual/Disbursing Agent
for WEBVAN GROUP, INC., et al.,

                        Plaintiff,

    v.

J. TERRENCE DRAYTON,

                        Defendant.

No. C05-00758 MJP

STIPULATED PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT

      Plaintiff R. Todd Neilson ("Plaintiff") and Defendant J. Terrence Drayton ("Defendant"), by and through their attorneys of record, agree to the following protective order and ask that the Court enter it as an order of the Court.  The parties agree to comply with the terms of this stipulation commencing immediately upon its execution by them.

      The parties are exchanging and analyzing documents requested in the course of discovery in this matter.  The parties may also take depositions of various witnesses and procure affidavits and/or declarations.  Some of the documents produced and/or testimony offered will include personal financial and bank records of defendant, along with confidential and/or other protected information.  The parties have no interest in disclosing this information to any third parties, but only seek to use the documents and testimony to pursue this litigation.  Therefore, the parties agree as follows:

STIPULATED PROTECTIVE ORDER
AND CONFIDENTIALITY AGREEMENT - 1
Case No. C05-00758 MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50607897.1

1.     The parties agree that they will treat any document produced or any testimony provided by the parties or third parties as "confidential" pursuant to this stipulation to the extent such documents or testimony relate in any way to any personal, financial and/or bank records of the Defendant. "Confidential" information shall only be used by "Qualified Persons" solely for purposes directly related to this lawsuit and will not be otherwise disclosed, except pursuant to court order, to anyone except "Qualified Persons." For the purposes of this order, "Qualified Persons" means the parties' counsel of record and their staffs, the assigned judge and her staff, experts, witnesses, and any other persons designated by the parties, their counsel or the Court.

2.     All documents or testimony designated as "confidential" will be kept confidential by the parties and their counsel, consultants, experts, accountants, or any other agents or representatives, all of whom must agree to be bound by the terms of the protective order. Defendant may remedy any inadvertent failure to designate documents or testimony as "confidential" by supplemental written notice within a reasonable time after production.

3.     Third-party consultants, experts, accountants, or any other agents or representatives must execute a Non-Disclosure Agreement in the form attached as *Exhibit A* before receiving any documents designated as "confidential."

4.     In the event that the parties desire to use a confidential document or the contents of a confidential document in a deposition, counsel shall advise the court reporter of this stipulation and order and advise the court reporter that all copies of the deposition shall be marked "Confidential—Subject to Protective Order in *Neilson v. Drayton*" before delivery to any party.

5.     In his pleadings, Plaintiff will not attach, quote from, or otherwise reveal the substance of Defendant's "confidential" documents. If a court orders Plaintiff to file or introduce defendant's "confidential" documents, then Plaintiff will file those documents under seal or request *in camera* review.

STIPULATED PROTECTIVE ORDER
AND CONFIDENTIALITY AGREEMENT - 2
Case No. C05-00758 MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50607897.1

6. If there is a disagreement about the nature of information which is designated as "confidential," the parties agree to confer and make every effort to resolve disputes without court intervention. In the event such a dispute is unresolved, the document shall be deemed "confidential" until such time as a court order is issued which determines that the document is not confidential.

7. Upon settlement of this litigation, Plaintiff will promptly return to Defendant all of Defendant's documents and will not retain any copies thereof, whether kept in hard-copy or electronic form.

IT IS SO ORDERED this _10th_ day of January, 2006.

/s Marsha J. Pechman
United States District Court Judge

Stipulated by:

FOSTER PEPPER PLLC

/s Jeffrey Miller
Jeffrey S. Miller, WSBA No. 28077
Brian D. DeSoto, WSBA No. 31434
Attorneys for Defendant Terry Drayton

MCNUTT & LITTENEKER, LLP

/s Christopher Hart
Christopher H. Hart, CSBN 184117
Attorneys for Estate Representative R. Todd Neilson

and

GORDON, THOMAS, HONEYWELL, MALANCA,
   PETERSON & DAHEIM LLP
Bruce P. Kriegman, WSBA No. 14228
Special Counsel to Estate Representative

STIPULATED PROTECTIVE ORDER
AND CONFIDENTIALITY AGREEMENT - 3
Case No. C05-00758 MJP

# EXHIBIT A

## NON-DISCLOSURE AGREEMENT

I, _____, hereby certify my understanding that confidential documents are being provided to me pursuant to the terms and restrictions of a Stipulated Protective Order and Confidentiality Agreement in *Neilson v. Drayton* (W.D. Wash. No. C05-00758 MJP).

I further certify that I have been provided a copy of and have read the Stipulated Protective Order and Confidentiality Agreement, and I agree to comply with and be bound by its terms and conditions. I also consent to the jurisdiction of the Court for the purposes of enforcing the Stipulated Protective Order and Confidentiality Agreement. I understand that violation of the Stipulated Protective Order and Confidentiality Agreement is punishable by contempt of Court.

Date: _____    Signature: _____

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2006.

Name: _____
NOTARY PUBLIC in and for the
State of _____, residing at _____
My commission expires _____

STIPULATED PROTECTIVE ORDER
AND CONFIDENTIALITY AGREEMENT - 4
Case No. C05-00758 MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50607897.1