UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R.TODD NEILSON,

        Plaintiff(s),

v.

J. TERRENCE DRAYTON,

        Defendant(s).

NO. C05-758

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the parties' Stipulation to Extend Pretrial Deadlines, makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance and/or
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The Court also reminds the parties that the mediator does not have the authority to exercise control over the case schedule in this matter.

The clerk is directed to send copies of this order to all counsel of record.

Dated:   January 20, 2006

                                    Marsha J. Pechman
                                    U.S. District Judge

ORD ON MTN TO CONT - 1