UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R. TODD NEILSON,

        Plaintiff(s),

 v.

J. TERRENCE DRAYTON,

        Defendant(s).

NO. C05-758

ORDER ON MOTION TO REVISE CASE SCHEDULE

The Court, having received and reviewed the Stipulation and Order Continuing Trial Date, makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance and/or
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.
3. The trial date requested by the parties is unavailable to the Court, and
4. The dispositive motions deadline suggested by the parties does not allow sufficient time between the due date for rulings on those motions and the date of trial

Therefore, IT IS HEREBY ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated: March 7, 2006

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO CONT - 1